**Ellen FISH Plaintiff—Appellant**

v.

**LOCAL 19 OFFICE AND PROFESSIONAL EMPLOYEES INTERNATIONAL UNION, AFL–CIO–CLC; Firstenergy Defendants—Appellees**

No. 00–3271.

United States Court of Appeals, Sixth Circuit.

March 16, 2001.

Before KEITH, NORRIS, and DAUGHTREY, Circuit Judges.

This cause having come on to be heard upon the record, the briefs and the oral argument of the parties, and upon due consideration thereof,

It is ORDERED that the judgment of the district court be, and it hereby is, affirmed upon the opinion of the district court.